Deborah B. Baker-Egozi (SBN 266141)
**LIPSCOMB, EISENBERG & BAKER, PL**
2 South Biscayne Boulevard
Penthouse 3800
Miami, Florida 33131
Telephone: (786) 431-2228
Facsimile: (786) 431-2229
Email: dbaker@lebfirm.com

Attorneys for MyBusinessLoan.com, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYBUSINESSLOAN.COM, LLC d/b/a DEALSTRUCK,<br><br>    Plaintiff,<br><br>v.<br><br>BREAKER ELECTRICAL CONTRACTORS CORP., a New York corporation, HRVOJE PESUT, an individual, and DOES 1-25,<br><br>    Defendants. | Civil Action<br>Case No: 15-cv-1802-CAB-NLS<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, MyBusinessLoan.com, LLC d/b/a Dealstruck, and Defendants, Breaker Electrical Contractors Corp., Hrvoje Pesut, and Does 1-25, by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted against each other in this matter are hereby dismissed without prejudice.

The parties respectfully request the Court enter an order dismissing <u>without prejudice</u> all claims and defenses asserted by Plaintiff, MyBusinessLoan.com, LLC d/b/a Dealstruck, and Defendants, Breaker Electrical Contractors Corp., Hrvoje Pesut, and Does 1-25, against each other, with each party to bear its own attorneys' fees and costs incurred in this action.

Consistent herewith the parties consent to the Court having its case closed for administrative purposes.

Dated: November 12, 2015

Respectfully submitted,

| | |
|---|---|
| /s/ *Deborah B. Baker-Egozi* | /s/ *Michael F. Millerick* |
| Deborah B. Baker-Egozi (SBN 266141) | Michael F. Millerick (SBN 129467) |
| **LIPSCOMB, EISENBERG & BAKER, PL** | **THE MILLERICK LAW FIRM** |
| 2 South Biscayne Boulevard | 4142 Adams Avenue, Suite 103 |
| Penthouse 3800 | San Diego, California 92116 |
| Miami, Florida 33131 | Telephone: (619) 233-0204 |
| Telephone: (786) 431-2228 | Facsimile: (619) 233-6272 |
| Facsimile: (786) 431-2229 | Email: Michael@millericklaw.com |
| Email: dbaker@lebfirm.com | *Attorneys for Defendants* |
| *Attorneys for Plaintiff* | |