# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYBUSINESSLOAN.COM, LLC d/b/a DEALSTRUCK,<br><br>Plaintiff,<br><br>v.<br><br>BREAKER ELECTRICAL CONTRACTORS CORP., a New York corporation, HRVOJE PESUT, an individual, and DOES 1-25,<br><br>Defendants. | Case No.: 15-cv-1802-CAB (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[Doc. No. 17]** |

The parties' joint motion to dismiss [Doc. No. 17] is **GRANTED**, and all claims asserted in this action are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: November 12, 2015

Hon. Cathy Ann Bencivengo
United States District Judge

1

15-cv-1802-CAB (NLS)